Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOES 1 through 5,<br><br>  Defendants. | Case No. **'12CV1354 LAB WVG**<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

1  PLEASE TAKE NOTICE, pursuant to Local Rule 40.2, Plaintiff does not
2 have a parent corporation nor a publically held corporation that owns more than
3 10% of its stock.

KUSHNER LAW GROUP

DATED: June 5, 2012

By: _____/s/ Leemore L. Kushner_____
Leemore L. Kushner
Attorneys for Plaintiff Malibu Media, LLC